**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**
**2018 TERM**

BOARD OF TRUSTEES OF THE
INDIANA LABORERS WELFARE FUND,
     Plaintiff,

                                   CASE NO. 2:18-cv-364

VS

TERRY HUTSON,
     Defendant.

## COMPLAINT

Comes now the Plaintiff, Board of Trustees of Indiana Laborers Welfare Fund (the "Fund") by and through its attorney, Richard J. Shagley II, of the law firm Wright, Shagley & Lowery, P.C., and for its cause of action against the Defendant, Terry Hutson, alleges and says:

### Jurisdiction

1.  Jurisdiction of this Court is founded upon Section 502 of the Employee Retirement Income Security Act of 1974, codified specifically at 29 U.S.C. §1132(a)(3), in that the Plaintiff is a fiduciary seeking to "(A) to enjoin any act or practice which violates any provision of this subchapter or the terms of the plan, or (B) to obtain other appropriate equitable relief (i) to redress such violations or (ii) to enforce any provisions of this subchapter or the terms of the plan". 29 U.S.C. §1132(a)(3).

2.  The Fund is an "employee welfare benefit plan" as defined by 29 U.S.C.A. § 1002; was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability, death or unemployment; and brings this action on behalf of the trustees, participants and beneficiaries.

3.      Pursuant to 29 U.S.C. § 1132(e), this Court is the proper venue for this action, as the Fund is administered in Terre Haute, Indiana and its office is located at 413 Swan Street, Terre Haute, IN 47807. Defendant, Terry Hutson, is an individual participant in the Fund and resides at 2846 McCullough Place, West Terre Haute, Indiana 47885.

COUNT ONE: RESTITUTION AND ENFORCEMENT
OF WELFARE PLAN

4.      The Fund provides benefits to its participants in accordance with the terms of its Combination Plan Document and Summary Plan Description (the "Plan") and at all times relevant herein, Defendant was a party to and bound by the terms of the Plan.

5.      As a participant who received benefits and coverage under the Plan, the Defendant was bound by the terms of the Plan at all times relevant hereto.

6.      Defendant received Loss of Time Benefits, which pays participants when they are unable to work due to accident or sickness. (*See* Exhibit A, Section 4.03).

7.      The Fund paid the Defendant for Eighty-Four (84) days of Loss of Time Benefits; however, Defendant did not submit disability verification as required and was therefore overpaid One Hundred Six hours (106) of Loss of Time Benefits.

8.      This resulted in an overpayment of benefits to the Defendant in the sum of One Thousand Two Hundred Three Dollars and 18/00 ($1,203.18).

9.      Pursuant to the terms of the Plan, the Fund is entitled to recover these overpaid benefits from the Defendant. (*See* Exhibit A, Section 8.15)

10.     Correspondence between the parties wherein the Fund requests reimbursement and the Defendant promises to make restitution to the Fund are attached hereto, incorporated herein and designated Exhibit "B".

11.     Defendant has failed to return the overpaid benefits to the Fund and remains liable thereon.

12.     Pursuant to 29 U.S.C. 1132(g), the Court in its discretion may allow a reasonable attorney's fee and costs of action incurred by Plaintiff in bringing this action against the Defendant.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in the sum of One Thousand Two Hundred Three Dollars and 18/00 ($1,203.18) plus prejudgment interest, reasonable attorney fees, the costs of this action and for all other just and appropriate relief in the premises.

Respectfully submitted,

WRIGHT, SHAGLEY & LOWERY, P.C.
500 Ohio Street
P.O. Box 9849
Terre Haute, IN 47808
Phone:   (8l2) 232-3388
Fax #:   (812) 232-8817


By:   ____Richard J. Shagley II_____
              Richard J. Shagley II (#23135-84)
              Attorney for Plaintiffs